OLIVER C. BERCKHEMER, Respondent, v. EMPIRE CARRYING CORPORATION, Appellant.

*Berckhemer* v. *Empire Carrying Corporation*, 172 App. Div. 866, affirmed.

(Argued November 14, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. At the time of the accident plaintiff was riding on a motor-cycle going up the right-hand side of the roadway of Washington avenue, in the borough of The Bronx, city of New York. As he approached within ten feet of the southeast corner of One Hundred and Sixty-fifth street, an auto truck of defendant, which had been proceeding through One Hundred and Sixty-fifth street in a westerly direction, suddenly turned south into Washington avenue, at an angle of forty-five degrees, within a foot or two of the southeast corner of One Hundred and Sixty-fifth street and Washington avenue. Plaintiff immediately swerved his motorcycle to the northwest, whereupon the auto truck also changed its course and swerved to the west, cutting the plaintiff off so that he collided with the auto truck just behind the wheels and received the injuries complained of.

*Lyman A. Spalding, Ambrose F. McCabe* and *John H. Jackson* for appellant.

*Jacob Zelenko* and *Leon Sanders* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: McLAUGHLIN, J.